IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SALO,

    Plaintiff,                              No. CIV S-06-0938 WBS KJM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Defendants' motions to dismiss came on regularly for hearing August 23, 2006. Plaintiff appeared in propria persona. Claire Rajan and Colleen Sealander appeared telephonically for defendant FEC. Peter Mallon appeared telephonically for defendant 21st Century Insurance Company. No appearance was made for the remaining defendants. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. Opposition, if any, to the pending motions shall be filed no later than October 9, 2006. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed based on Federal Rule of Civil Procedure 41(b).

/////

1

2. Replies, if any, shall be filed no later than October 23, 2006. The matter shall thereafter stand submitted.

3. Plaintiff made an oral request for appointment of counsel at the hearing. Plaintiff did not state any statutory basis for his request. To the extent plaintiff may be bringing this action under 42 U.S.C. § 1983, the court lacks authority to require counsel to represent indigent plaintiffs. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel under 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel is therefore denied.

DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
salo.oah