IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SALO,

    Plaintiff,                                 No. CIV S-06-938 WBS KJM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,

    Defendants.                      <u>ORDER</u>

        Plaintiff has requested a further extension of time to file opposition to defendants' motions to dismiss. Defendants' motions have been pending for some time. Plaintiff will be granted one final extension. No further extensions will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the pending motions shall be filed no later than October 23, 2006. Failure to file opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

/////

/////

/////

1

1   2. Replies, if any, shall be filed no later than November 6, 2006. The matter shall
2  thereafter stand submitted.
3  DATED: October 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

9  006
   salo.eot