IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SALO,

    Plaintiff,   No. CIV S-06-0938 WBS KJM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,   <u>ORDER</u>

    Defendants.

_____/

    Pending before the court are the motions to dismiss of defendants Federal Election Commission and 21st Century Insurance Company. On October 24, 2006, plaintiff filed an amended complaint as a matter of right. <u>See</u> Fed. R. Civ. P. 15. Defendants' motions to dismiss are therefore moot.

    Plaintiff has filed numerous documents that are not relevant to motions pending before the court. Plaintiff's future pleadings will be limited so as to reduce the burden on the court's docket and on defendants in having to respond to frivolous filings.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The motions to dismiss of defendants Federal Election Commission and 21st Century Insurance Company are denied without prejudice to their renewal addressing the amended complaint filed October 24, 2006.

1

1        2. Plaintiff is limited to filing one opposition to any noticed motion and to one
2 pending motion filed by plaintiff.  Failure to comply with this order may result in a
3 recommendation that the action be dismissed.
4 DATED: October 27, 2006.

                                                      U.S. MAGISTRATE JUDGE

006
salo.lim