IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SALO,

    Plaintiff,                               No. CIV S-06-0938 WBS KJM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,

    Defendants.                           ORDER

/

        Plaintiff has requested a further extension of time to file opposition to defendants' motions to dismiss. Defendant FEC filed a motion to dismiss on November 21, 2006. Defendant 21st Century Insurance filed a motion to dismiss on January 22, 2007. Due to plaintiff's failure to timely file opposition to Defendant FEC's motion, an extension of time to file opposition has already been granted to plaintiff. Review of the docket indicates plaintiff has repeatedly failed to prosecute this action in a diligent fashion. Plaintiff will be granted one final extension. No further extensions will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Opposition, if any, to the pending motions shall be filed no later than February 28, 2007. Failure to file opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

1

1       2. Replies, if any, shall be filed no later than March 14, 2007. The matter shall
2  thereafter stand submitted.
3  DATED: February 6, 2007.

_____
U.S. MAGISTRATE JUDGE

5  006
   salo2.eot