IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SALO,

    Plaintiff,                                      No. CIV S-06-0938 WBS KJM PS

    vs.

FEDERAL ELECTION COMMISSION, et al.,

    Defendants.                                    ORDER

_____/

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On April 26, 2007, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. Objections to the findings and recommendations have been filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed April 26, 2007, are adopted in full;

3  2. The motions to dismiss of defendants Federal Election Commission and 21st Century Insurance Company are granted; and

3. This action is remanded to the Superior Court of California, County of Solano.

DATED: June 15, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

salo0938.804